## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 15-21711 TPA |
| LARRY J. EVANS, JR. and | ) | |
| KELLY S. EVANS, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| RONDA J. WINNECOUR, CHAPTER 13 | ) | |
| TRUSTEE, | ) | Related to Doc. Nos. 124, 125, 128, 129 |
| | ) | |
| Movant, | ) | |
| | ) | Current Hearing Date & Time: |
| v. | ) | **January 6, 2021 at 10:30 a.m.** |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | |
| | ) | |
| Respondent. | ) | |

### CONSENT MOTION TO CONTINUE JANUARY 6 HEARING
### ON TRUSTEE'S MOTION TO COMPEL REFUND OR TO PROVIDE FULL AND
### <u>COMPLETE LOAN HISTORY</u>

Select Portfolio Servicing, Inc., by and through its undersigned counsel, files this Motion to Continue Hearing on Trustee's Motion to Compel Refund or to Provide a Full and Complete Loan History, and respectfully asserts as follows:

1. On December 3, 2020, the Chapter 13 Trustee filed a Motion to Compel Refund or to Provide a Full and Complete Loan History (the "Motion") [Doc. No. 124].

2. On December 4, 2020, the Court entered an Order Scheduling Hearing (the "Order") [Doc. No. 125], designating December 18, 2020, as the deadline to respond to the Motion and also designating December 31, 2020, as the deadline to file a loan history.

3. A hearing on the Motion is set for Wednesday, January 6, 2021, at 10:30 AM.

4. On December 18, 2020, Select Portfolio Servicing, Inc. ("SPS") filed its Response to the Chapter 13 Trustee's Motion.   [Doc. No. 128].

5. On December 31, 2020, SPS filed the complete loan history.  [Doc. No. 129].

6. The undersigned counsel for SPS and the Chapter 13 Trustee have been communicating regarding this matter and have agreed to meet and confer with respect to the loan history and any questions that the Chapter 13 Trustee may have.

7. In light of the forgoing, the undersigned has consulted with the Chapter 13 Trustee, who has consented to a three (3) week continuance of the Hearing currently scheduled for Wednesday, January 6, 2021 at 10:30 AM.

WHEREFORE, Respondent, Select Portfolio Servicing, Inc., respectfully requests the Court to continue the hearing currently scheduled for Wednesday, January 6, 2021 at 10:30 AM for three (3) weeks or other such date as the Court may determine.

Dated:  December 31, 2020        Respectfully submitted,

/s/ Harry A. Readshaw
Harry A. Readshaw
Pa. I.D. No. 204287
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6010
hreadshaw@eckertseamans.com
*Counsel to Select Portfolio Servicing, Inc.*

## CERTIFICATION OF COUNSEL

I, Harry A. Readshaw, counsel for Respondent, Select Portfolio Servicing, Inc., hereby certify that I have conferred with the Movant, Ronda J. Winnecour, Esquire, Chapter 13 Trustee, who has consented to the continuance requested herein.

Dated:  December 31, 2020                           Respectfully submitted,

*/s/ Harry A. Readshaw*
Harry A. Readshaw
Pa. I.D. No. 204287
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6010
hreadshaw@eckertseamans.com
*Counsel to Select Portfolio Servicing, Inc.*